IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | |
|---|---|
| CITY OF CAMDEN, et al., ) ) *Plaintiffs,* ) ) -*vs*- ) ) 3M COMPANY, ) ) *Defendant.* ) | Civil Action No.: 2:23-cv-03147-RMG |

**MOTION FOR EXTENSION OF TIME FOR THE STATES TO RESPOND TO CERTAIN PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

Pursuant to Local Rules 6.01 and 7.02 and Your Honor's Special Instructions, the states of Colorado, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Jersey, New Mexico, Oregon, Rhode Island, Tennessee, Texas, Vermont, and Wisconsin ("States")[1], by and through their undersigned attorneys, hereby move for an Order to enlarge the deadline to respond to certain Plaintiffs'[2] Motion for Preliminary Approval of the Class Action Settlement Agreement Between Public Water Systems and 3M Company (ECF Nos. 3370, 3370-3) (the "3M Settlement" or the "Settlement Agreement") by fourteen (14) days, from Monday July 17, 2023 to Monday July 31,

---

[1] Additional states are expected to join this motion on or before July 17, 2023.

[2] Those Plaintiffs are: City of Camden, City of Brockton, City of Sioux Falls, California Water Service Company, City of Del Ray Beach, Coraopilis Water & Sewer Authority and Dalton Farms Water System, City of South Shore, City of Freeport, Martinsburg Municipal Authority, Seaman Cottages, Village of Bridgeport, City of Benwood, Niagara County, City of Pineville, and City of Iuka (hereinafter, the "Settlement Plaintiffs").

2023. This is the States' first request to enlarge the deadline, which will not impact any other deadlines before this Court. The States through the Sovereign Committee have conferred with the putative Class Counsel, who do not consent to this request or this motion. This request is for good cause and not for purposes of delay, as explained more fully below.

The States file this Motion to afford them additional time to review and, if necessary, comment on the 3M Settlement prior to the Court entertaining preliminary approval. The Settlement Agreement and accompanying documents are voluminous and complex. Many states have pending cases in which they are litigating, inter alia, claims seeking damages for contamination of public water systems that are members of the proposed settlement class. Some of these cases relate to non-AFFF contamination and are pending in state courts; others involve AFFF contamination and are part of the MDL. States are proper parties to litigate such claims and have been exercising their rights to do so. *Cf. State v. Exxon Mobil Corp.*, 126 A.3d 266, 290 (N.H. 2015) (upholding judgment for state awarding damages for, inter alia, costs of monitoring and treating public water systems and holding that the "State was the proper party to bring suit against the MTBE defendants, because it has a quasi-sovereign interest in protecting the health and well-being, both physical and economic, of its residents with respect to the statewide water supply") (internal quotation marks omitted). The proposed settlement thus seeks to settle claims that the States are litigating not just in the MDL but also in other courts.

States have questions, concerns, and/or objections related to the scope of the releases, the indemnity provision that would seem to make class members liable to 3M for the claims by States and their citizens against 3M, and/or other terms of the Settlement Agreement. In addition, there may be terms of the Settlement Agreement that are presently ambiguous, thereby calling into question which entities are covered as potential settlement class members and whether and how the Settlement Agreement impacts the States' rights, even to the extent the States are not covered

as settlement class members. The 3M Settlement relates to matters of profound importance to the States in their roles as trustees of natural resources and in the exercise of their *parens patriae* authority to protect public health and the environment. A brief pause to allow the States adequate time to complete their review of a highly complex settlement agreement, discuss their concerns with interim Class Counsel and counsel for 3M, and provide the Court with a well-considered and thoughtful response is in the best interests of all concerned parties.

It is, moreover, more efficient for the Court to receive the States' concerns and objections prior to preliminary approval so that the issues can be rectified prior to notice being sent to the class. If preliminary approval were to be granted and notice sent without the benefit of the States' input, the Court might be in the position of having to require a new notice to be sent with a new opt out period if it finds a need for substantive revision of the settlement terms. Because sending notice in circumstances in a proposed class action such as this is complex and expensive, further monetary and other resources would be wasted should modifications of the 3M Settlement be required following preliminary approval.

In addition, under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, defendants proposing class action settlements must serve on all States in which class members reside a notice of the proposed settlement within ten (10) days of the filing of the proposed settlement with the court. CAFA further provides that the Final Approval Order may not be issued earlier than ninety (90) days after the notice is served, to allow those States to evaluate the agreement and its impacts. Consistent with the importance of state input recognized under CAFA, the States seek to have input at the earliest possible opportunity so as to avoid or minimize subsequent problems.

To the extent any modifications to the 3M Settlement are made in response to the States' (or any other interested party's) concerns, revising and/or amending the 3M Settlement prior to

the Court granting preliminary approval and commencing the class notice process will conserve both party and judicial resources. As counsel stated at the July 14, 2023 status conference, Class Counsel are willing to meet with the States to address any issues or potential concerns with the 3M Settlement. Those meetings (and any additional conferrals with 3M) may inform all parties as to whether certain terms of the Settlement Agreement should be revised, for example, clarifying presently ambiguous terms to effectuate the parties' present intentions. The proposed extension here would allow for such discussions to begin or take place.

Given the complexity of the 3M Settlement and the voluminous filings with the Court, the States request an additional fourteen (14) days to fully review, evaluate, and consider the 3M Settlement. This short delay will not prejudice any parties or undermine the 3M Settlement. Thus, the States respectfully request a fourteen (14) day extension of the deadline to respond to the Motion for Preliminary Approval of the 3M Settlement from Monday July 17, 2023 to Monday July 31, 2023.

Respectfully submitted,


**PHILIP J. WEISER**
**STATE OF COLORADO**
**ATTORNEY GENERAL**
*/s/ Heather Kelly*
PHILIP J. WEISER, Attorney General
LESLIE EATON, Atty Reg. No. 17791*
HEATHER KELLY, Atty Reg. No. 36052*
CARRIE NOTEBOOM, Atty Reg. No. 52910*
First Assistant Attorneys General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6040
*Counsel of Record

4

**STATE OF HAWAII**
**ANNE E. LOPEZ**
**ATTORNEY GENERAL**
*/s/ Wade H. Hargrove*
WADE H. HARGROVE
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii  96813
(808) 587-3050
Wade.H.Hargrove@hawaii.gov


**STATE OF MAINE**
**AARON M. FREY**
**ATTORNEY GENERAL**
*/s/ Matthew F. Pawa*
Matthew F. Pawa
Benjamin A. Krass
SEEGER WEISS LLP
1280 Centre Street, Suite 230
Newton Centre, MA  02459
Phone: (617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

**ANTHONY G. BROWN**
**Attorney General of Maryland**
*/s/ Patricia Tipon*
PATRICIA V. TIPON
Attorney No. 0806170244
JULIE KUSPA
Attorney No. 0912160009
MATTHEW ZIMMERMAN
Attorney No. 8005010219
Assistant Attorneys General
Office of the Attorney General
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
matthew.zimmerman@maryland.gov
julie.kuspa@maryland.gov
(410) 537-3061
(410) 537-3943 (facsimile)

ADAM D. SNYDER
Attorney No. 9706250439
Assistant Attorney General
Office of the Attorney General
301 West Preston Street, Suite 1101
Baltimore, Maryland 21201
adam.snyder1@maryland.gov
(410) 767-1409


**COMMONWEALTH OF MASSACHUSETTS**
**OFFICE OF THE ATTORNEY GENERAL**
*/s/ Nancy E. Harper*
NANCY E. HARPER
Assistant Attorney General and Chief, Environmental Protection Division
I. ANDREW GOLDBERG
LOUIS DUNDIN
JILLIAN RILEY
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
(617) 727-9665 (facsimile)
betsy.harper@mass.gov
andy.goldberg@mass.gov
louis.dundin@mass.gov
jillian.riley@mass.gov

**STATE OF MINNESOTA**
**OFFICE OF THE ATTORNEY GENERAL**
*/s/ Peter N. Surdo*
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
Suite 1400
St. Paul, Minnesota 55101
peter.surdo@ag.state.mn.us
Phone: (651) 757-1061


**FOR THE STATE OF NEW JERSEY**
**MATTHEW J. PLATKIN**
**Attorney General**
By: */s/ Gwen Farley*
GWEN FARLEY
Deputy Attorney General
Office of the Attorney General
Environmental Enforcement &
Environmental Justice Section
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 083
Trenton, NJ 08625-0093
Phone: (609) 376-2740
Gwen.Farley@law.njoag.gov


**RAÚL TORREZ**
**ATTORNEY GENERAL OF NEW MEXICO**

*/s/ William Grantham*
**William Grantham**
**Assistant Attorney General**
408 Galisteo Street
Santa Fe, NM 87501
wgrantham@nmag.gov
Phone: (505) 717-3520

**ELLEN F. ROSENBLUM**
**Attorney General**

*/s/ Lisa Udland*
**Udland, Lisa,** OSB No. 964444
Special Counsel to the Attorney General
Email: lisa.udland@doj.state.or.us
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880


**STATE OF RHODE ISLAND,**
**PETER F. NERONHA**
**ATTORNEY GENERAL**
By Its Attorneys,
*/s/ Alison Hoffman*
**ADI GOLDSTEIN** (Bar No. 6701)
**MIRIAM WEIZENBAUM** (Bar No. 5182)
**SARAH W. RICE** (Bar No. 10588)
**ALISON HOFFMAN** (Bar No. 9811)
**DEPARTMENT OF THE ATTORNEY GENERAL**
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
agoldstein@riag.gov
mweizenbaum@riag.gov
srice@riag.gov
ahoffman@riag.gov


Jonathan Skrmetti (BPR No. 31551)
**ATTORNEY GENERAL AND REPORTER**
**STATE OF TENNESSEE**
*/s/ Sohnia Wong*
Sohnia W. Hong (BPR No. 17415)
Amanda E. Callihan (BPR No. 035960)
Office of the Tennessee Attorney General
Environmental Division
P.O. Box 20207
Nashville, Tennessee 32707

8

**TEXAS OFFICE OF THE ATTORNEY GENERAL**
ANGELA COLMENERO
Provisional Attorney General
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
JAMES LLOYD
Acting Deputy Attorney General for Civil Litigation
PRISCILLA M. HUBENAK
Chief, Environmental Protection Division
State Bar No. 10144690
Priscilla.Hubenak@oag.texas.gov
KELLIE E. BILLINGS-RAY
Deputy Chief, Environmental Protection Division
State Bar No. 24042447
Kellie.Billings-Ray@oag.texas.gov
KATIE B. HOBSON
State Bar No. 24082680
Assistant Attorney General
Katie.Hobson@oag.texas.gov
*/s/ Katie Hobson*
**OFFICE OF THE ATTORNEY GENERAL**
Environmental Protection Division
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911


**STATE OF VERMONT**
**CHARITY R. CLARK**
**ATTORNEY GENERAL**

*/s/ Laura B. Murphy*
Laura B. Murphy
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

**JOSHUA L. KAUL**
**Attorney General of Wisconsin**
*/s/ Bradley J. Motl*
BRADLEY J. MOTL
Assistant Attorney General
State Bar #1074743
SARAH C. GEERS
Assistant Attorney General
State Bar #1066948
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-0505 (Motl)
(608) 266-3067 (Geers)
(608) 267-2778 (Fax)
motlbj@doj.state.wi.us
geerssc@doj.state.wi.us


*/s/ William J. Jackson*
William J. Jackson
Chair, Sovereign Committee
Kelley Drye & Warren LLP
515 Post Oak Blvd. Suite 900
Houston, Texas 77027
Ph. (713) 355-5000
BJackson@KelleyDrye.com