**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS<br>PRODUCTS LIABILITY LITIGATION | ) Master Docket No.:<br>) 2:18-mn-2873-RMG |

| | |
|---|---|
| CITY OF CAMDEN, et al., | ) Civil Action No.:<br>) 2:23-cv-03147-RMG |
|      *Plaintiffs,* | ) |
| -*vs*- | ) |
| 3M COMPANY, | ) |
|      *Defendant.* | ) |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS**
**SETTLEMENT, FOR CERTIFICATION OF SETTLEMENT CLASS AND FOR**
**PERMISSION TO DISSEMINATE CLASS NOTICE**

Plaintiffs, City of Camden, City of Brockton, City of Sioux Falls, California Water Service Company, City of Del Ray Beach, Coraopolis Water & Sewer Authority, Township of Verona, Dutchess County Water & Wastewater Authority and Dalton Farms Water System, City of South Shore, City of Freeport, Martinsburg Municipal Authority, Seaman Cottages, Village of Bridgeport, City of Benwood, Niagara County, City of Pineville, and City of Iuka, pursuant to Federal Rule of Civil Procedure 23 (a), (b) and (e), respectfully submit this Motion for: (1) preliminary approval of the proposed Settlement of this class action lawsuit; (2) preliminary certification, for settlement purposes only, of the Settlement Class; (3) approval of the form of Notice to the Settlement Class; (4) approval of the Notice Plan; (5) appointment of Class Counsel; (6) appointment of Class Representatives; (7) appointment of the Notice Administrator; (8) appointment of the Claims Administrator; (9) appointment of the Special Master; (10) the

scheduling of objection, opt-out, and other deadlines; and (11) the scheduling of a Final Fairness Hearing.

For the reasons set forth in the accompanying memorandum of law, the proposed Settlement is fair, reasonable, and adequate, and the proposed class should be preliminarily certified so that class notice may properly be disseminated.

Dated: July 3, 2023

Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas and London P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Tel: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
beth@feganscott.com

*Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion For Preliminary Approval Of Class Settlement, For Certification Of Settlement Class And For Permission To Disseminate Class Notice, Memorandum Of Law In Support Thereof, and all Exhibits attached thereto, was electronically filed with this Court's CM/ECF on this 3rd day of July, 2023 and was thus served electronically upon counsel of record.

*/s/ Michael A. London*
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com