**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | | |
|---|---|---|
| | ) | |
| CITY OF CAMDEN, et al., | ) | Civil Action No.: |
| | ) | 2:23-cv-03147-RMG |
| *Plaintiffs,* | ) | |
| | ) | |
| -*vs*- | ) | |
| | ) | |
| 3M COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**ORDER**

Before the Court is Class Counsel's Consented to Motion for an Enlargement of Page Limit for Class Counsel's Memorandum of Law in Support of Final Approval of Class Settlement, for Final Certification of the Settlement Class and in Response to Objections.

Class Counsel state that a Class Settlement has been entered into between Plaintiffs and 3M, which has been granted preliminary approval by the Court  [see MDL ECF No. 3626]. Class Counsel seek to enlarge the thirty-five (35) page limit for an initial memorandum, as provided for in Local Rule 7.05(B)(21), by fifty (50) pages, so that they may serve and file one memorandum of no more than eighty-five (85) pages in length.  Class Counsel state that the enlargement is necessary so that Class Counsel may address the complexity of the request for final approval of the Settlement Agreement.

Having reviewed Class Counsel's Consented to Motion, the Court finds that an enlargement of the page limit is warranted here.

Class Counsel's Consented to Motion for an Enlargement of Page Limit for Class Counsel's Memorandum of Law in Support of Final Approval of Class Settlement, and for Final

Certification of the Settlement Class, is **GRANTED.**

**AND IT IS SO ORDERED.**

December 18 , 2023
Charleston, South Carolina

s/Richard Mark Gergel

Richard Mark Gergel
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 17th day of December, 2023 and was thus served electronically upon counsel of record.

/s/ Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com